**Order filed, March 11, 2015.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00170-CV

_____

## HINDU ASHRAM, INC., Appellant

## V.

## SANJAY SARAN MATHUR, SEEMA MATHUR AND THE HEIRS OF RAMESH S. MATHUR, Appellee

**On Appeal from the 240th District Court
Fort Bend County, Texas
Trial Court Cause No. 12-DCV-201944**

## ORDER

The reporter's record in this case was due **January 22, 2014**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Elizabeth Wittu**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM